

**RECEIVED**
MAR 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**FILED**
MAR 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RENE ROBLES,<br><br>　　　　Defendant. | CR No.: 07-70088-PVT<br><br>[Proposed] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 |

Upon stipulation of the parties, and good cause appearing, the Court finds as follows:

1. The United States of America, defendant Rene Robles, and his attorney, Robert Lyons, Esq., have stipulated that the time from the arraignment in this case held on February 14, 2007 through and including the preliminary hearing scheduled before this Court on March 14, 2007 shall be excludable pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

2. The parties agreed at the February 14, 2007 hearing that an exclusion of time pursuant to the Speedy Trial Act was appropriate to permit time for the government to provide discovery to the defense and for the defense to meaningfully evaluate that discovery in connection with pretrial resolution discussions.

3. The Court finds that the ends of justice served by this proposed exclusion of time outweigh the interests of the defendant and the public in an earlier indictment and trial inasmuch

ORDER RE: EXCLUDABLE TIME

1

as the parties need additional time to complete the discovery production and evaluation process and for the defense to make informed decisions regarding the government's plea offer. The time should be excluded to afford both parties reasonable time to complete the discovery production and evaluation process and to determine whether an early pretrial settlement is possible.

4. For the above-stated reasons, IT IS HEREBY ORDERED that the period of time from February 14, 2007 through and including March 14, 2007 is excluded from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATED: 3/13/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER RE: EXCLUDABLE TIME

2