FILED

APR 1 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00136 PVT |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING HEARING |
| v. | ) | |
| RENE ROBLES, | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the hearing set for April 30, 2009, to allow time for the defense to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for April 30, 2009, be continued to May 27, 2009, at 2:00 p.m.

Dated: 4/10/09

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00136 PVT                           2